**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**

**IN RE MONITRONICS INTERNATIONAL,**
**INC. TELEPHONE CONSUMER**                             **MDL No. 1:13-MD-2493**
**PROTECTION ACT LITIGATION**

**This document relates to:**

*Dolemba v. Monitronics, International, Inc.*
**Case No. 1:14-CV-66 - IMK**

**MOTION TO DISMISS ON BEHALF OF**
**ALLIANCE SECURITY LLC**

Defendant Alliance Security, LLC ("Alliance LLC") moves to dismiss the claims against

it in this civil action pursuant to Rule 12(b)(6) upon the grounds that the Plaintiff has named the

wrong corporate entity in his Complaint.  In short, Alliance LLC is a corporate entity separate

and distinct from that of Alliance Security, Inc., a Delaware Corporation; the real party in

interest in this civil action.

Alliance LLC is filing its Exhibit 1 and Memorandum of Law in Support of this motion

contemporaneously.

Because there is no legal or factual basis to provide the Plaintiff any relief against

Alliance LLC in this civil action, Alliance LLC should be dismissed with leave granted to the

Plaintiff to name Alliance Security, Inc. as a party should he choose to do so.  Accordingly,

Alliance Security LLC respectfully requests that this court enter an Order dismissing the claims against it in this civil action.

**Respectfully submitted,**

**ALLIANCE SECURITY, INC.,**
**BY SPILMAN THOMAS & BATTLE, PLLC**

/s/ John R. Teare, Jr.
Niall A. Paul (WV Bar No. 5622)
John R. Teare, Jr. (WV Bar No. 5547)
300 Kanawha Boulevard, East (Zip 25301)
Charleston, WV  25321-0273
304-340-3800
npaul@spilmanlaw.com
jteare@spilmanlaw.com
Christina S. Terek (WV Bar No. 9724)
1217 Chapline Street
Wheeling, WV 26003
304-230-6962
cterek@spilmanlaw.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**

**IN RE MONITRONICS INTERNATIONAL,**
**INC. TELEPHONE CONSUMER**                    **MDL No. 1:13-MD-2493**
**PROTECTION ACT LITIGATION**

**This document relates to:**

***Dolemba v. Monitronics, International, Inc.***
**Case No. 1:14-CV-66 - IMK**

### CERTIFICATE OF SERVICE

I, John R. Teare, Jr., I hereby certify that on the 24th day of April, 2014, I served the foregoing ***"Motion to Dismiss on Behalf of Alliance Security LLC"*** with the Clerk of this Court and upon all counsel of record using the Court's CM/ECF filing system, as follows:

### ALL PARTIES DESIGNATED
### TO RECEIVE NOTICE VIA
### ELECTRONIC FILING

/s/ John R. Teare, Jr.
John R. Teare, Jr. (WV Bar No. 5547)

3